IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHEAL ROYSTER, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 11-0477 |
| | : | |
| MARIROSA LAMAS, et al., | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 3rd day of April, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Docket Nos. 1, 3), Petitioner's Memorandum of Law (Docket Nos. 9, 11), and Respondents' Response (Docket No. 14), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 13, 2012, **IT IS ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. the Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing;

3. the miscellaneous motions filed by Petitioner, including: (1) Motion for Default against Marirosa Lamas and others (Document No. 8); (2) two Motions for Summons Enforcement Proceedings (Document Nos. 15, 16); (3) Motion to Strike a state petition (Document No. 17); (4) Request for this Court to Enforce a Request for Information from Darby Borough Police Department pursuant to the Right to Know Law (Document No. 19); and (5) Motion for Charge Account Records (Document No. 20) are **DENIED** with prejudice; and

4.  the Clerk of Court shall mark this action **CLOSED**.

BY THE COURT:

_____
J. CURTIS JOYNER, C.J.